USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

               -v-                                       1:23-cr-007-GHW

    SHAMAR DUDLEY, and                         ORDER
    ALEX STROMAN

                              Defendants.
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, defendants SHAMAR DUDLEY, and ALEX STROMAN, by and through their respective attorneys, JASON E. FOY, and ZAWADI S. BAHARANYI, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JERRY FANG, Assistant United States Attorney, of counsel, it is hereby ORDERED that the conference in this matter scheduled for July 21, 2023 is adjourned to September 19, 2023 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to review discover and continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through September 19, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                                                 GREGORY H. WOODS
                                                           United States District Judge