USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,          :
                :
       -v-               :       1:23-cr-007-GHW
                :
SHAMAR DUDLEY, and             :       <u>ORDER</u>
ALEX STROMAN                    :
          Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JERRY FANG, Assistant United States Attorney, of counsel, and defendants SHAMAR DUDLEY, and ALEX STROMAN, by and through their respective attorneys, JASON E. FOY, and ZAWADI S. BAHARANYI, it is hereby ORDERED that the conference in this matter scheduled for October 2, 2023 is adjourned to October 19, 2023 at 12:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through October 19, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: October 2, 2023
       New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge