```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
               :
UNITED STATES OF AMERICA,      :
               :
      -v-            :      1:23-cr-007-GHW-2
               :
SHAMAR DUDLEY,          :      <u>ORDER</u>
               :
          Defendant.  :
               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of defendant SHAMAR DUDLEY, by and through his attorney, JASON E. FOY, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JERRY FANG, Assistant United States Attorney, of counsel, it is hereby ORDERED that the conference in this matter scheduled for October 19, 2023 is adjourned to October 26, 2023 at 12:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such continuance would result in a miscarriage of justice. Accordingly, it is further ORDERED that the time from the date of this order through October 26, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 62.

      SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                  GREGORY H. WOODS
                               United States District Judge