UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
              -against-          :
                                 :
SHAMAR DUDLEY,                   :      1:23-cr-007-GHW-2
                                 :
              Defendant.         :      ORDER
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2023

GREGORY H. WOODS, United States District Judge:

On October 26, 2023, defendant Shamar Dudley pleaded guilty to Count One and Count Two of the Indictment in this case. Following arguments by the parties, the Court determined that no exceptional circumstances existed that would prevent his mandatory remand. Accordingly, Mr. Dudley's pretrial release is revoked, and he is remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: October 26, 2023
       New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge