UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

SHAMAR DUDLEY,

                               Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024
```

1:23-cr-7-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

      The hearing currently scheduled for October 15, 2024 at 11:00 a.m. is rescheduled. The hearing will take place on October 31, 2024 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties' sentencing submission deadlines remain unchanged. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: October 7, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                   United States District Judge